## CERTIFICATE OF SERVICE

CASE: *McCutcheon v. Communications Workers of America (CWA), Local 7076; Communications Workers of America, AFL-CIO, CLC; Pamela D. Coleman, in her official capacity as Director of the New Mexico State Personnel Office*

CASE NO: U.S. District Court, District of New Mexico, Case No.: 1:18-cv-01202-MV-JHR

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On June 14, 2019, I served the following document:

**COMMUNICATIONS WORKERS OF AMERICA, LOCAL 7076'S AND COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO'S INITIAL DISCLOSURES UNDER FED. R. CIV. P. 26(A) REGARDING CLASS CERTIFICATION**

I served the document on the persons below by e-mail or electronic transmission. The documents were sent to the persons at the e-mail addresses listed below. Within a reasonable time after the transmission, no electronic message or other indication that the transmission was unsuccessful was received.

| ADDRESSEE | PARTY |
|---|---|
| Colin L. Hunter (colin@theblf.com)<br>Milton L. Chappell (mlc@nrtw.org)<br>Ángel J. Valencia (ajv@nrtw.org) | Attorneys for Plaintiff |
| Lawrence M. Marcus (lmarcus@parklawnm.com) | Attorney for Defendant Pam Coleman |

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed June 14, 2019, at San Francisco, California.

Sarah Price