IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**DAVID MCCUTCHEON,** individually and as representative of the requested classes,

    **Plaintiff,**

vs.                                           Cause No.: 1:18-cv-01202 MV/JHR

**COMMUNICATIONS WORKERS OF AMERICA (CWA), LOCAL 7076; COMMUNICATIONS WORKERS OF AMERICA, AFL-CIO, CLC; PAMELA D. COLEMAN,** in her official capacity as Director of the New Mexico State Personnel Office.

    **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that Defendant Pamela D. Coleman's Initial Disclosures, along with a copy of this Certificate of Service, were served on all counsel of record email and the CM/ECF system on this 17th day of June 2019.

                Respectfully submitted,

                PARK & ASSOCIATES, L.L.C.

                By: /s/ Lawrence M. Marcus
                    Lawrence M. Marcus
                    Alfred A. Park
                    3840 Masthead St.
                    Albuquerque, NM 87109
                    (505) 246-2805

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF filing system to all counsel of record on this 17th day of June 2019

/s/ Lawrence M. Marcus
Lawrence M. Marcus